| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 4:14CR40102-002 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2:15cr794 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Alfonso Lira 10526 Frontier Dr. Corpus Christi, TX 78410 | DISTRICT SOUTH DAKOTA | DIVISION SOUTHERN |
|---|---|---|
| | NAME OF SENTENCING JUDGE Karen E. Schreier, United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/22/2015 | TO 06/21/2016 |

**OFFENSE**
FRAUD WITH IDENTIFICATION DOCUMENTS 18:1028A.F

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DIVISION OF THE DISTRICT OF SOUTH DAKOTA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/8/15
Date

*/s/ Karen E. Schreier*
Karen E. Schreier, United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 10, 2015
*Effective Date*

*/s/ Nelva Gonzales Ramos*
United States District Judge